706

No. 832. GOTHAM CAN CO. *v.* UNITED STATES. Petition submitted May 26, 1930. Decided June 2, 1930. *Per Curiam:* The petition for a writ of certiorari is dismissed for the want of jurisdiction, because of failure to file the petition within the time prescribed by statute. *United States* v. *Lippman, Spier & Hahn,* 260 U. S. 739; *Hooper* v. *United States,* 274 U. S. 743; *Rust Land & Lumber Co.* v. *Jackson,* 250 U. S. 71, 76. *Mr. Joseph R. Little* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Claude R. Branch* for the United States.

No. 944. GREAT LAKES BROADCASTING CO. *v.* FEDERAL RADIO COMMISSION;

No. 945. VOLIVA *v.* SAME; and

No. 946. AGRICULTURAL BROADCASTING CO. V. SAME. June 2, 1930. *Per Curiam:* The petition for writs of certiorari in these cases is dismissed. *Federal Radio Commission* v. *General Electric Company et al., ante,* p. 464. *Messrs. Harry Eugene Kelly, Thornton M. Pratt,* and *Carl H. Zeiss* for petitioners. *Solicitor General Thacher, Assistant to the Attorney General O'Brian,* and *Mr. Claude R. Branch* for respondent.

No. 556. CROOKS, COLLECTOR OF INTERNAL REVENUE, *v.* HARRELSON. February 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Assistant Attorney General Youngquist*

and *Messrs. Sewall Key* and *John Vaughan Groner* for petitioner. *Messrs. Frank S. Bright* and *S. L. Swarts* for respondent.

No. 569. DAVIES MOTORS, INC., *v.* UNITED STATES. February 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Duane R. Dills* and *William K. Young* for petitioner. *Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch* and *Mahlon D. Kiefer* for the United States.

No. 555. UNITED STATES *v.* NORRIS. March 3, 1930. The petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit is granted. *Assistant Attorney General Youngquist* and *Messrs. John J. Byrne* and *Mahlon D. Kiefer* for the United States. *Mr. Frederic L. Ballard* for respondent.

No. 554. STANGE *v.* UNITED STATES. March 3, 1930. The petition for a writ of certiorari to the Court of Claims in this cause is granted, with the limitation, however, that counsel shall confine themselves, in the briefs and in oral argument, to the questions involving the validity and effect of the waiver of the statute of limitations executed in this cause. *Mr. W. W. Spalding* for petitioner. *Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Morton Poe Fisher, Joseph H. Sheppard,* and *W. Marvin Smith* for the United States.

No. 579. LUCAS, COMMISSIONER OF INTERNAL REVENUE, *v.* SANFORD & BROOKS CO. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the